# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4162
_____

JERELL D. WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

June 22, 2018

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of April 30, 2018, the Court has determined that its jurisdiction was not invoked in a timely manner. *See Tillman v. State*, 180 So. 3d 235 (Fla. 1st DCA 2015). Accordingly, the appeal is dismissed for lack of jurisdiction.

WOLF, LEWIS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jerell D. White, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.